Andrew M. Hutchison (SBN 289315)
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone:    415.644.0914
Fax:    415.644.0978
Email: ahutchison@cozen.com


Attorney for Defendant,
DOUGLAS MacMARTIN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANE WIGINGTON dba GEOENGINEERING WATCH,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS MacMARTIN fka DOUGLAS MacMYNOWSKI; and DOES 1-10, inclusive.<br><br>Defendant. | Case No.: 2:21-cv-02355-KJM-DMC<br><br>Hon. Kimberly J. Mueller<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE AND MODIFY BRIEFING SCHEDULE FOR DEFENDANT DOUGLAS MACMARTIN's MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(6) AND MOTION TO STRIKE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16**<br><br><u>Current Hearing Date</u><br>Date: March 4, 2022<br>Time: 10:00 a.m.<br>Courtroom: 3, 15th Floor<br><br><u>New Proposed Hearing Date</u><br>Date: April 15, 2022<br>Time: 10:00 a.m.<br>Courtroom: 3, 15th Floor<br><br>Complaint filed: November 5, 2021<br>Removal Date: December 17, 2021 |

**STIPULATION AND ORDER TO CONTINUE HEARING DATE AND MODIFY BRIEFING SCHEDULE ON DEFENDANT DOUGLAS MACMARTIN's MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION TO STRIKE**

Pursuant to Local Rule 144(a) of the United States District Court for the Eastern District of California, Plaintiff Dane Wigington dba Geoengineering Watch ("Plaintiff") and Defendant Douglas MacMartin ("Defendant") (collectively, the "Parties"), have met and conferred and hereby submit the following Stipulation to continue the hearing date on Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 12(b)(2) and 12(b)(6) and Motion to Strike Pursuant to California Code of Civil Procedure Section 425.16 (the "Motion") and modify the briefing schedule on Defendant's Motion.

**RECITALS**

WHEREAS, on November 5, 2021, Plaintiff filed a Complaint in the Superior Court of the State of California for the County of Shasta, Case No. SC RD CV-PO-21-0198510-000 [ECF 1-1 at Ex. A (Complaint)];

WHEREAS, on December 17, 2021, Defendant filed a Notice of Removal of Plaintiff's lawsuit pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 [ECF 1];

WHEREAS, on December 21, 2021, counsel for the Parties met and conferred and stipulated that Defendant may have an extension of time from December 27, 2021 to January 24, 2022, for Defendant to answer or otherwise respond to the Complaint [ECF 5];

WHEREAS, on January 24, 2022, Defendant filed his Motion in response to Plaintiff's Complaint and noticed the Motion for hearing on March 4, 2022 [ECF 6];

WHEREAS, on January 27, 2022, Defendant filed his Amended Declaration and Amended Memorandum of Points and Authorities in support of his Motion [ECF 10 and 10-1];

WHEREAS, on February 3 and 4, 2022, counsel for the Parties met and conferred and agreed to continue the hearing on Defendant's Motion from March 4, 2022 to April 15, 2022, and to modify the briefing schedule under Local Rule 230 such that Defendant's Opposition to the Motion shall be filed on or before March 18, 2022 and Plaintiff's Reply to the Opposition shall be filed on or before April 8, 2022;

WHEREAS, this is the Parties' first continuance of the hearing on Defendant's Motion; and

WHEREAS, this Stipulation does not alter the date of any event or any deadline already fixed by Court order.

**STIPULATION**

Based upon the above recitals, the Parties, through their undersigned counsel, hereby stipulate as follows:

1. The hearing on Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 12(b)(2) and 12(b)(6) and Motion to Strike Pursuant to California Code of Civil Procedure Section 425.16 is continued from March 4, 2022 to April 15, 2022.

2. Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 12(b)(2) and 12(b)(6) and Motion to Strike Pursuant to California Code of Civil Procedure Section 425.16 shall be filed on or before March 18, 2022.

3. Defendant's Reply to Plaintiff's Opposition shall be filed on or before April 8, 2022.

Dated: February 8, 2022            SAMUEL C. WILLIAMS

                                   By:   /s/ Samuel C. Williams
                                         Samuel C. Williams
                                         Attorney for Plaintiff
                                         Dane Wigington dba Geoengineering Watch

Dated: February 8, 2022            COZEN O'CONNOR

                                   By:   /s/ Andrew M. Hutchison
                                         Andrew M. Hutchison
                                         Attorneys for Defendant
                                         Douglas MacMartin

**ORDER**

**IT IS SO ORDERED.**

DATED: February 9, 2022.

                                         _____
                                         CHIEF UNITED STATES DISTRICT JUDGE