IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANE WIGINGTON, also known as Geoengineering Watch,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS MacMARTIN, formerly known as Douglas MacMynowski,<br><br>Defendant. | No.  2:21-CV-2355-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. The initial scheduling conference set for April 27, 2021, at 10:00 a.m., before the undersigned in Redding, California, is vacated pending resolution by the District Judge of Defendant's motion to dismiss.

IT IS SO ORDERED.

Dated:  March 18, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE