Matthew E. Lewitz, State Bar No. 325379
mlewitz@cozen.com
Alexander E. Robinson, State Bar No. 331187
arobinson@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA  90401
Telephone: 310.393.4000
Facsimile: 310.394.4700

Attorneys for Defendant,
DOUGLAS MacMARTIN fka DOUGLAS MacMYNOWSKI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANE WIGINGTON dba GEOENGINEERING WATCH,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS MacMARTIN fka DOUGLAS MacMYNOWSKI; and DOES 1-10, inclusive.<br><br>Defendant. | Case No.: 2:21-cv-02355-KJM-DMC<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Complaint filed: November 5, 2021<br>Removal Date: December 17, 2021 |

Pursuant to Rules 143 and 144 of the Local Rules for the United States District Court for the Eastern District of California, Plaintiff Dane Wigington d/b/a Geoengineering Watch ("Plaintiff") and Defendant Douglas MacMartin f/k/a Douglas MacMynowski ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, stipulate with reference to the following facts:

1. On January 24, 2022, Defendant filed a Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) and a

Motion to Strike Plaintiff's Complaint Pursuant to California Code of Civil Procedure Section 425.16 (collectively, the "Motions") (ECF Nos. 7, 10);

2. On March 18, 2022, Plaintiff filed an Opposition to the Motions (ECF No. 16);

3. On April 8, 2022, Defendant filed a Reply in further support of the Motions (ECF No. 19);

4. On September 1, 2022, the Court entered an Order granting the Motions and awarding attorneys' fees and costs to Defendant (the "September 1, 2022 Order");

5. The September 1, 2022, Order directed that Defendant may file a motion in support of his requests for an award of attorneys' fees and costs ("Fee Motion") within twenty-one (21) days of issuance thereof, and afforded Defendant an opportunity to respond to the Fee Motion no later than fourteen (14) days following the filing of the Fee Motion;

6. The Parties have reached an agreement in principle, including the amount of attorneys' fees and costs to be awarded to the Defendant, and intend to memorialize their agreement in a long-form agreement shortly;

7. The Parties believe that a brief continuance of their respective briefing deadlines in connection with the Fee Motion is in the interest of judicial economy and is warranted to allow the Parties to devote their attention and resources to memorializing an agreement as to the stipulation of attorneys' fees and costs, so as to potentially obviate the need for motion practice on the Fee Motion; and

8. This is the Parties' first request for a continuance of the briefing schedule on the Fee Motion.

NOW, THEREFORE, the Parties stipulate to continue the briefing deadlines on the Fee Motion, as follows:

1. Defendant's deadline to file the Fee Motion shall be continued from September 21, 2022 to October 5, 2022.

2. Plaintiff's deadline to file an opposition to the Fee Motion shall be continued to the date fourteen (14) days from Plaintiff's filing of the Fee Motion.

Dated: September 20, 2022              COZEN O'CONNOR

          By: /s/ Matthew E. Lewitz
          Matthew E. Lewitz
          Alexander E. Robinson
          Attorneys for Defendant Douglas MacMartin

Dated: September 21, 2022              SAMUEL C. WILLIAMS, ESQ.

          By: \s\Samuel C. Williams
          Samuel C. Williams
          Attorney for Plaintiff Dane Wigington

## ORDER

The Court GRANTS the Parties stipulate to continue the briefing deadlines on the Fee Motion, as follows:

1. Defendant's deadline to file the Fee Motion shall be continued from September 21, 2022 to October 5, 2022.
2. Plaintiff's deadline to file an opposition to the Fee Motion shall be continued to the date fourteen (14) days from Plaintiff's filing of the Fee Motion.

**IT IS SO ORDERED.**

DATED: September 28, 2022.

                                          CHIEF UNITED STATES DISTRICT JUDGE