Matthew E. Lewitz, State Bar No. 325379
mlewitz@cozen.com
Alexander E. Robinson, State Bar No. 331187
arobinson@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA  90401
Telephone: 310.393.4000
Facsimile: 310.394.4700

Attorneys for Defendant,
DOUGLAS MacMARTIN fka DOUGLAS MacMYNOWSKI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANE WIGINGTON dba GEOENGINEERING WATCH,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS MacMARTIN fka DOUGLAS MacMYNOWSKI; and DOES 1-10, inclusive.<br><br>Defendant. | Case No.: 2:21-cv-02355-KJM-DMC<br><br>**STIPULATION AND TO CONTINUE BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Complaint filed: November 5, 2021<br>Removal Date: December 17, 2021 |

Pursuant to Rules 143 and 144 of the Local Rules for the United States District Court for the Eastern District of California, Plaintiff Dane Wigington d/b/a Geoengineering Watch ("Plaintiff") and Defendant Douglas MacMartin f/k/a Douglas MacMynowski ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, stipulate with reference to the following facts:

1. On September 28, 2022, the Court granted the Parties' stipulation to continue the "deadline to file the Fee Motion shall be continued from September 21, 2022 to October 5, 2022", *see* ECF No. 25;

1

2.      As of October 5, 2022, the Parties are finalizing a settlement agreement that will resolve, among other things, the attorneys' fees and costs to be awarded to the Defendant;

3.      The Parties believe that a brief continuance of their respective briefing deadlines in connection with the Fee Motion is in the interest of judicial economy and is warranted to allow the Parties time to effectuate their agreement;

4.      This is the second requested continuance related the Fee Motion deadline.

NOW, THEREFORE, the Parties stipulate to continue the briefing deadlines on the Fee Motion, as follows:

1.      Defendant's deadline to file the Fee Motion shall be continued from October 5, 2022 to October 19, 2022.

2.      Plaintiff's deadline to file an opposition to the Fee Motion shall be continued to the date fourteen (14) days from Plaintiff's filing of the Fee Motion.

Dated: October 5, 2022                          COZEN O'CONNOR
                                                By: /s/ Alexander E. Robinson_____
                                                Matthew E. Lewitz
                                                Alexander E. Robinson
                                                Attorneys for Defendant Douglas MacMartin


Dated: October 5, 2022                          SAMUEL C. WILLIAMS, ESQ.

                                                By: /s/ Samuel C. Williams_____
                                                Samuel C. Williams
                                                Attorney for Plaintiff Dane Wigington

2

## <u>ORDER</u>

The Court GRANTS the Parties' stipulation to continue the briefing deadlines on the Fee Motion, as follows:

1.      Defendant's deadline to file the Fee Motion shall be continued from October 5, 2022 to October 19, 2022.

2.      Plaintiff's deadline to file an opposition to the Fee Motion shall be continued to the date fourteen (14) days from Plaintiff's filing of the Fee Motion.

**IT IS SO ORDERED.**

DATED:  October 13, 2022.

_____

CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS**
**Case No.: 2:21-cv-02355-KJM-DMC**  LEGAL\59840754\1